**Aslam SHAW, individually, as Trustee for Abid A. Shaw Trust and as Trustee for Farrah M. Shaw Trust, on Behalf of a Themselves and All Others Similarly Situated, Plaintiff—Appellee,**

v.

**CHARLES SCHWAB & COMPANY, INCORPORATED, Defendant— Appellant.**

No. 01–55306.

D.C. No. CV–00–12349–CRM.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted March 5, 2002.

Decided Aug. 21, 2002.

Before THOMAS and RAWLINSON, Circuit Judges, and ARMSTRONG, District Judge.*

### MEMORANDUM **

Charles Schwab & Co. ("Schwab") appeals the district court's remand to state court of Aslam Shaw's complaint alleging that Schwab's billing and other practices violated various state laws. We dismiss the appeal for lack of appellate jurisdic-

---

* The Honorable Saundra Brown Armstrong, United States District Judge in and for the Northern District of California, sitting by designation.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.